MARGARET L. CZARZASTY *v.* ANTHONY F. CZARZASTY

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 583 (AC 26601), is denied.

ROGERS, C. J., and NORCOTT and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Campbell D. Barrett*, in support of the petition.

*Stuart M. Roth*, in opposition.

Decided September 5, 2007

KEVIN MCCOLL *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin McColl's petition for certification for appeal from the Appellate Court, 101 Conn. App. 232 (AC 26907), is denied.

*Stephanie L. Evans*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided September 5, 2007

EVA DAY *v.* JOSEPH GABRIELE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 101 Conn. App. 335 (AC 26979), is denied.

*Jeremiah Donovan*, in support of the petition.

*Sheila A. Ozalis*, in opposition.

Decided September 5, 2007